IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **NEAL GLESSNER** | * |
| Plaintiff | * |
| v. | *   Civil Action No.: 1:22-CV-03333 |
| **CHARDAN, LLC** | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS,
OR, IN THE ALTERNATIVE,
MOTION FOR STAY**

NOW COMES, Defendant, Chardan, LLC, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and files this Motion to Dismiss, or, in the Alternative, Motion for Stay, and states as follows in support thereof, as more fully set forth in the attached Memorandum of Law:

1. This Court should dismiss a complaint when it fails to state a claim upon which relief can be granted. This Court should dismiss or stay a Complaint in a federal action in deference to pending parallel state court proceedings, based on considerations of wise judicial administration, giving regard to conservation of judicial resources and comprehensive disposition of litigation.

2. On March 31, 2022, Plaintiff filed a lawsuit in the Circuit Court of Washington County, Maryland, against Chardan, LLC, alleging one count of Unlawful Public Accommodation Discrimination and one count of Defamation. That case, Case No. C-21-CV-22-000156, is currently pending before the Circuit Court of Washington County, Maryland.

3. The case involved an incident on February 18, 2022, when the Plaintiff dined at Defendant's restaurant and got into an altercation with the staff. Following the altercation, the Plaintiff was banned from the restaurant. The Plaintiff's complaint alleged that the Defendant's barred him from the restaurant because he was "old" and "white". The Plaintiff's complaint further alleged that the Defendant later defamed him on social media.

4. The Plaintiff filed the above captioned matter on December 23, 2022. This matter also involves the above described incident on February 18, 2022. In his complaint, Plaintiff claims that Defendant is in violation of 42 U.S.C. §1981 and 42 U.S.C. §2000a.

5. As the State and Federal cases arise from the same set of facts and regarding the same issues, the cases are therefore parallel and duplicative.

6. This Court should dismiss the Plaintiff's complaint because the Complaint fails to allege that the Plaintiff was denied service on the basis of his age or race, and the Complaint does not demonstrate that any alleged refusal of services by the Defendant was motivated by discriminatory animus.

WHEREFORE, for the foregoing reasons, Defendant, Chardan, LLC, respectfully requests that this Honorable Court dismiss or stay the Plaintiff's Complaint with prejudice.

           /s/  
Charles B. Peoples, Esquire, #29306  
Thomas, Thomas & Hafer LLP  
1025 Connecticut Ave., NW, Ste. 608  
Washington, DC 20036  
202-945-9501  
cpeoples@tthlaw.com  
*Attorney for Defendant Chardan, LLC*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY, on this 20th day of January 2023, that the foregoing Motion to Dismiss, or, in the Alternative, Motion to Stay, Memorandum of Law, and Proposed Order were served on the following via first class mail postage prepaid or via the Court's electronic filing system:

Adam D. Greivell, Esquire
Greivell & Garrott Johnson, LLC
5 Cornell Avenue
Hagerstown, MD 21742
(240) 310-9150 (t)
(877) 262-4810 (f)
*Attorney for Plaintiff*

                                                                  /s/
                                       Charles B. Peoples, Esquire, #29306
                                       Thomas, Thomas & Hafer LLP
                                       1025 Connecticut Ave., NW, Ste. 608
                                       Washington, DC 20036
                                       202-945-9501
                                       cpeoples@tthlaw.com
                                       *Attorney for Defendant Chardan, LLC*