**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| NEAL GLESSNER | * | |
| Plaintiff | * | |
| v. | * | Civil No. SAG-22-3333 |
| CHARDAN, LLC | * | |
| Defendant | * | |
|  | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon review of the docket in this case, it is, this 15th day February, 2023, HEREBY ORDERED that

1. the Case Management Order, ECF 9, is RESCINDED; and

2. Defendant's Motion to Dismiss, or, in the Alternative, Motion for Stay, ECF 13, is DENIED AS MOOT without prejudice to Defendant's ability to renew some or all of the arguments in response to the Amended Complaint.

/s/
Stephanie A. Gallagher
United States District Judge